**Electronically Filed
Supreme Court
SCWC-12-0000034
30-OCT-2013
12:30 PM**

SCWC-12-0000034

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOSEPH VAIMILI, Respondent/Defendant-Appellee,

and

FREEDOM BAIL BONDS, Petitioner/Surety-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000034; CR. NO. 09-1-0410)

ORDER OF CORRECTION
(By: Acoba, J.)

IT IS HEREBY ORDERED that the opinion filed on October 30, 2013 is corrected as follows:

On the first page, the title is corrected by changing "OPINION BY ACOBA, J." to "OPINION OF THE COURT BY ACOBA, J.".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, October 30, 2013.

/s/ Simeon R. Acoba, Jr.

